IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE EVERETT WELCH,                               No. 2:06-cv-1567-MCE-GGH-P

    Plaintiff,

    v.                                                                          ORDER

ROSANNA CAMPBELL, et al.,

    Defendants.

_____/

On December 26, 2006, the Magistrate Judge issued an order denying appointment of counsel. On April 2, 2007, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of December 26, 2006 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 2, 2007 request for reconsideration is denied.

Dated: April 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE