IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE EVERETT WELCH,

    Petitioner,               No. CIV S-06-1567 MCE GGH P

    vs.

ROSANNA CAMPBELL, et al.,

    Respondents.          ORDER

_____/

    Petitioner has requested an extension of time to file a reply to respondent's answer. Petitioner also requests that the court order prison officials to allow him as much access to the law library as he needs because he has a learning disability. The court will grant petitioner a 60 day extension of time to file his reply. This should allow petitioner sufficient time in the law library to prepare his pleading.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 1, 2007 request for an extension of time is granted; and

/////

/////

/////

/////

2. Petitioner is granted sixty days from the date of this order in which to file a reply.

DATED: 5/14/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

welc1567.111